26,945-02

Abel Acosta - Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 14 2015
Abel Acosta, Clerk

September 8, 2015

RE: Application For Writ of Mandamus

Mr. Acosta,

Enclosed please find my original application for Writ of Mandamus for filing. Upon receipt would you please overlook any discrepancies in format, as I was forced to copy from a manual in law library.

Your assistance in filing is appreciated.

Sincerely,

Charles Lee Strickland Pro-se

cc/ File C/S

CAUSE NO.: 89-CR-1284A
90-CR-2015
90-CR-2028
90-CR-2043

Charles Lee Strickland      IN THE 138th Judicial

578524 - Relator

V.      District Court of

Cameron County District Judge
Arturo Cisneros Nelson - Respondent      Cameron County, Texas

## Relators Original Application for Writ of Mandamus

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now, Charles Lee Strickland, Relator, pro-se in the above-styled and numbered cause(s) of action and files this Original Application for Writ of Mandamus, pursuant to Article 11.07 section 3(c) of the Texas Code of Criminal Procedure, and would show the court the following:

## I.

### Relator

1. Charles Lee Strickland, TDCJ-ID #578524 is an offender incarcerated in the Texas Department of Criminal Justice, and is appearing pro-se, who can be located at the Kyle Neal Unit - 9055 Spur 591 - Amarillo, Texas (Potter County) 79107-9696.
2. Relator has exhausted his remedies and has no other adequate remedy at law.

3. The act sought to be compelled is ministerial, not discretionary in nature.

## II.

### Respondent

Arturo Cisneros Nelson, in his official capacity as District Court Judge in the 138th Judicial District Court of Cameron County, Brownsville-Texas, has a ministerial duty to receive and rule on all papers filed in criminal proceedings within a reasonable amount of time.

## VIOLATION OF MINISTERIAL DUTY PERFORMANCE

On November 10th and 12th, 2014 (respectively) relator filed with the Cameron County District Clerk's office Applications for Writ of Habeas Corpus in cause numbers:
A) 89-CR-1284
B) 90-CR-201B
C) 90-CR-202B
D) 90-CR-204B

As of this application for writ of mandamus relators applications remain unanswered, and no record can be found as to any Writ of Habeas Corpus being filed in the court of Criminal Appeals as mandated by law.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Relator, Charles Lee Strickland, pro-se, respectfully requests a finding that Respondent has failed to respond to Applications for Habeas Corpus within a timely fashion, and that Relator has brought this litigation in good faith and has substantially prevailed. Relator prays for an order directing Respondent to enter findings of facts, conclusions of law, as well as any further rulings on the matter at bar as required by law.

Respectfully Submitted,

CHARLES LEE STRICKLAND
9055 SPUR 591
Amarillo, Texas 79107

## AFFIDAVIT OF TRUTH

I swear under penalty of perjury that the facts in the aforegoing Application for writ of mandamus are true and correct to the best of my knowledge.

Relator

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the aforegoing Application For writ of mandamus was served on Abel Acosta, Clerk of the court, by placing a copy in the U.S. mail addressed to the Court of Criminal Appeals Attn: Clerk, on this 8th day of September, 2015

_____

Relator
